UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

JORDAN D. NEW,                                                                                             Plaintiff,

v.                                                                    Criminal Action No. 3:15-cv-653-DJH-DW

LOUISVILLE METRO GOVERNMENT, et al.,                                                                 Defendants.

\* \* \* \* \*

## ORDER

On November 2, 2016, counsel for Plaintiff Jordan New filed a motion to withdraw because New had died and his family had not decided whether to pursue the case. (D.N. 21) Citing Fed. R. Civ. P. 25, the Court granted the motion and ordered that counsel provide the plaintiff's family with a copy of the Court's Order. (D.N. 23) Rule 25 provides that if a motion for substitution "is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed." Fed. R. Civ. P. 25. New's counsel informed the Court that New's family was served a copy of the Court's order on November 22, 2016. (D.N. 24)

The defendants have filed motions to dismiss, asserting that dismissal is appropriate because it has been over 90 days since notice was provided to New's family and no motion for substitution has been filed. (D.N. 22; 26) The Court agrees. Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that the defendants' motions to dismiss (D.N. 22; 26) are **GRANTED**. This case stands **DISMISSED** and is **STRICKEN** from the Court's docket.

May 18, 2017

1

**David J. Hale, Judge**
**United States District Court**